**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ROBERT SMALL, | ) | CASE NO. 1:19-CV-00068-JMS-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Dismissal with prejudice acknowledged [49]. JMS, CJ, 1-16-20 Distribution via ECF |
| BLUE CROSS BLUE SHIELD OF | ) | |
| MICHIGAN MUTUAL INSURANCE | ) | |
| COMPANY d/b/a BLUE CROSS BLUE | ) | |
| SHIELD OF MICHIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-captioned cause of action, with prejudice, and attorneys' fees, expenses, and costs paid by the respective parties.


By: _/s/ Bridget O'Ryan_
Bridget O'Ryan
O'Ryan Law Firm
1901 Broad Ripple Avenue
Indianapolis, IN 46220
boryan@oryanlawfirm.com

Attorneys for Plaintiff, Robert Small

By: _/s/Kandi Kilkelly Hidde_
Kandi Kilkelly Hidde#18033-49
Jenai M. Brackett, #30025-49
FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
khidde@fbtlaw.com
jbrackett@fbtlaw.com

Attorneys for Blue Cross Blue Shield of Michigan Mutual Insurance Company d/b/a Blue Cross Blue Shield of Michigan